# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2490

_____

Darnell Allen Browder,                    *
                                          *
            Plaintiff,                    *
                                          *
Darryl Browder,                           *
                                          *
            Appellant,                    *
                                          *
      v.                                  *
                                          *
SPO Cam; Erin Costanzo; Hardy;            *
Estate of Sean Wissink; City of Des       *
Moines; Scarlett - #4937,                 *
                                          *
            Appellees.                    *

_____

No. 08-2491

_____

Darnell Allen Browder,                    *      [UNPUBLISHED]
                                          *
            Appellant,                    *
                                          *
Darryl Browder,                           *
                                          *
            Plaintiff,                    *
                                          *
      v.                                  *
                                          *
SPO Cam; Erin Costanzo; Hardy;            *
Estate of Sean Wissink; City of Des       *

Appeals from the United States
District Court for the
Southern District of Iowa.

Moines; Scarlett - #4937,                    *
                                             *
            Appellees.                       *
       _____

        No. 08-2492
       _____

Darnell Allen Browder; Darryl               *
Browder,                                     *
                                             *
            Appellants,                      *
                                             *
       v.                                    *
                                             *
SPO Cam; Erin Costanzo; Hardy;              *
Estate of Sean Wissink; City of Des         *
Moines; Scarlett - #4937,                    *
                                             *
            Appellees.                       *

                   _____

            Submitted:  November 6, 2009
                 Filed:  November 12, 2009
                   _____

Before BYE, BOWMAN, and BENTON, Circuit Judges.
                   _____

PER CURIAM.

Darryl Browder and Darnell Browder appeal the district court's[1] judgment dismissing their 42 U.S.C. § 1983 suit upon an adverse jury verdict. For reversal, they revisit their complaint, challenge various evidentiary rulings, complain of other trial-related matters, and argue that certain defendants should not have been dismissed pursuant to the voluntary-dismissal motion of their appointed counsel (which we construe as an argument that counsel rendered ineffective assistance).

The Browders are not entitled to relief based upon any allegation that their counsel rendered ineffective assistance, *see Glick v. Henderson*, 855 F.2d 536, 541 (8th Cir. 1988). We do not review issues that are raised for the first time on appeal, *see Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004); and given the limited record before us, which does not include a trial transcript, we are unable to provide meaningful review of the remaining issues raised in the Browders' appeal brief, *see* Fed. R. App. P. 10(b)(1); *Schmid v. United Bhd. of Carpenters & Joiners of Am.*, 827 F.2d 384, 386 (8th Cir. 1987) (per curiam).

Accordingly, we affirm the judgment, *see* 8th Cir. R. 47B, and we deny all pending motions on appeal.

—————————————————

[1]The Honorable Ross A. Walters, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).